### 7002. TROUP v. THE STATE.

BROYLES, J. 1. Upon the trial of an indictment for any offense, the jury may, if the evidence warrants it, find the accused guilty of an attempt to commit such an offense, though no special count in the indictment charges such attempt. Penal Code, § 1061; *Reynolds* v. *State,* 1 *Ga.* 222; *Smith* v. *State,* 126 *Ga.* 544 (55 S. E. 475).

2. There being no statute of limitations as to the offense of murder, on

charged with that crime may be found guilty of assault with intent to murder, although the indictment charging the offense of murder is returned twenty-one years after the commission of the alleged offense. *Reynolds* v. *State*, supra; *Clark* v. *State*, 12 *Ga.* 350; *Wall* v. *State*, 75 *Ga.* 474 (2); *Jinks* v. *State*, 114 *Ga.* 430 (1), 431 (40 S. E. 320).

3. For the reasons given above, the court did not err in overruling the motion in arrest of judgment.                    *Judgment affirmed.* ·

DECIDED DECEMBER 2, 1915.

Conviction of assault with intent to murder; from Wheeler superior court—Judge Graham.   October 4, 1915.

*O. M. Duke,* for plaintiff in error.

*W. A. Wooten, solicitor-general,* contra.